In the Matter of the Application of LOUISE DU PRE GOODWIN, Respondent, a Taxpayer of the City of New York, to Inspect the Records of the COMMISSIONER OF PUBLIC WORKS OF THE CITY OF NEW YORK. H. WARREN HUBBARD, Commissioner of Public Works of the City of New York, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOSEPH K. SHERMAN, as Trustee of the Bankrupt Estate of FREDERICK T. TOWNE, for the Issuance of an Execution under Section 684 of the Civil Practice Act against the Income from Certain Trust Funds of Said FREDERICK T. TOWNE in the Hands of JOHN HENRY TOWNE and Others, Trustees under the Last Will and Testament of HENRY R. TOWNE, Deceased, and Funds to Come into Their Hands under Said Will. RICHARD H. SARVER, Appellant; JOSEPH K. SHERMAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Frederick T. Towne. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of JULIUS A. HORWITZ, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of HARRY KAPLAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROBERT SEELAV, an Attorney. Motion granted. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MITSUI & Co., LTD., for an Order Directing that an Arbitration Proceed between the Said MITSUI & Co., LTD., and HERMAN COHEN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES HASKELL LEVITT v. COURT PRESS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN HOLLY v. JAMES J. BAMBRICK, Individually, and as President of Local 32-B of the Building Service Employees International Union, a Voluntary, Unincorporated Association.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HANCOCK COMPANY, INC., v. HOME INSURANCE COMPANY and Others.— Motion for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FRANK PLATT v. GREEN BUS LINES, INC., and NEW YORK RAILWAYS CORPORATION.— Motion denied. (See *Matter of City of New York* [*White Plains Road*], 224 N. Y. 454; *Bishop* v. *New York Times Company*, 230 id. 612.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.